

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sean Matthew Finnegan

                                    Plaintiff,
                        V.

Sojourn LLC; Nicole Pace

                                    Defendant.

Civil Action No.   21cv0609-DMS-WVG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion to Proceed IFP is GRANTED and the Complaint is DISMISSED without prejudice for failure to state a claim.

Date:  4/29/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler
                                        M. Exler, Deputy